Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
4/18/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

Case Number: 8:23-cr-00042-CJC
Defendant Number: 1
U.S.A. v. ANASTASSIA KREZOUB
Year of Birth: 1996

[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: 11/29/21-3/23/23

c. County in which first offense occurred
Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles        [ ] Ventura
[✓] Orange             [ ] Santa Barbara
[ ] Riverside          [ ] San Luis Obispo
[ ] San Bernardino     [ ] Other

Citation of Offense: 18 U.S.C. § 2261A(2)(B), 2261(b)(5); 18 U.S.C. § 875(d):

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No    [ ] Yes

If "Yes," Case Number: n/a

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 3/20/23
Case Number: 8:23-MJ-00164-DUTY
Assigned Judge: Duty Magistrate Judge
Charging: 18 U.S.C. § 2261A(2)(B)

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes
IF YES, provide Name: n/a
Phone Number: n/a

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the n/a superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:
n/a
Case Number n/a

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
n/a
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: /a

**OTHER**

☐ Male ☑ Female
☐ U.S. Citizen ☐ Alien

Alias Name(s): Sylvia Kass

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ public corruption
☐ government fraud
☐ tax offenses
☐ environmental issues
☑ mail/wire fraud
☐ narcotics offenses
☐ immigration offenses
☐ violent crimes/firearms
☐ corporate fraud
☑ Other  Stalking and extortion

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: n/a

Defendant is **in custody**:
a. Place of incarceration: ☑ State ☐ Federal
b. Name of Institution: San Francisco County Jail
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☑ Solely on this charge. Date and time of arrest:
   3/24/23 @ 0730
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: n/a
   Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20 ____ 21 ____ 40 ____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: 18 U.S.C. 3161(h)(1)(F)

Date  04/18/2023

Signature of Assistant U.S. Attorney
Andrew M. Roach
Print Name