Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2023 APR 21 AM 9: 18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: TV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>8:23-MJ-00164 / 8:23-CR-00042-CJC |
| ANASTASSIA KREZOUB<br>USMS# 51074-510<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on ~~3/24/2023~~ 4/21/2023 at 1000 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 2261A (2)(B) - Stalking

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): N/A

11. Name: Orion Runyan   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: [signature]

15. Date: 4/21/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION