# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>8:23-CR-00042</u>  Recorder: <u>CS 04/21/2023</u>  Date: <u>04/21/2023</u>

Present: The Honorable <u>Rozella A. Oliver</u>, U.S. Magistrate Judge

Court Clerk: <u>Donnamarie Luengo</u>    Assistant U.S. Attorney: <u>Andrew Roach</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ANASTASSIA KREZOUB CUSTODY-PRESENT | REBECCA M. ABEL DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Cormac J. Carney.
It is ordered that the following date(s) and time(s) are set:
 Jury Trial 6/13/2023 at 08:30 AM
 Pre-trial Conference 6/5/2023 at 9:00 AM
 Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 02</u>
Initials of Deputy Clerk: <u>DL by TRB</u>

cc: Statistics Clerk, PSALA USMLA