E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-cr-00042-CJC |
|---|---|
| Plaintiff, | NOTICE OF ERRATA REGARDING DOCKET NO. 29 |
| v. | |
| ANASTASSIA KREZOUB, aka "Sylvia Kass," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, files this Notice of Errata Regarding Docket No. 29, the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act and [Proposed] Order, filed on May 11, 2023.

    After filing the parties' Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act and [Proposed] Order (Docket

No. 29), the government identified a typographical error on the date of filing on the proposed order.  Accordingly, the government filed an amended stipulation at Docket No. 30, and requests the Court and the parties disregard the prior stipulation filed at Docket No. 29.

Dated: May 11, 2023                    Respectfully submitted,

                                              E. MARTIN ESTRADA
                                              United States Attorney

                                              ANNAMARTINE SALICK
                                              Assistant United States Attorney
                                              Chief, National Security Division

                                              */s/ Andrew M. Roach*
                                              ANDREW M. ROACH
                                              Assistant United States Attorney

                                              Attorneys for Applicant
                                              UNITED STATES OF AMERICA