E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-CR-00042-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DECLARATION OF ANDREW M. ROACH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT UNDER THE FIRST AMENDMENT |
| v. | |
| ANASTASSIA KREZOUB, aka "Sylvia Kass," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, hereby applies ex parte for an order that the following document, the Declaration of Andrew M. Roach In Support Of Opposition To Defendant's Motion To Dismiss Count One Of The Indictment Under The First Amendment and the supporting exhibits, be filed under seal.

//

//

This ex parte application is based upon the attached declaration of Andrew M. Roach.

On Friday, October 27, 2023, the government contacted defendant's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, regarding the defense's position on filing these exhibits under seal.  The defense does not oppose the filing of exhibits under seal, but believes it is improper for the Court to "consider anything outside the indictment for purposes of the motion to dismiss."

Dated: October 30, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

_/s/ Andrew M. Roach_
ANDREW M. ROACH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF ANDREW M. ROACH**

I, Andrew M. Roach, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government requests that the Court file under seal the document filed concurrently herewith, the Declaration of Andrew M. Roach In Support Of Opposition To Defendant's Motion To Dismiss Count One Of The Indictment Under The First Amendment and the supporting exhibits, because the declaration and attached exhibits potentially reference the victim's name and other sensitive personal information of the victim and other individuals. The government requests that these documents be filed under seal to prevent further emotional distress to the victim and others. In addition, the government also requests to file this document under seal because the attached exhibits are all subject to the protective order in this case, and it would be unduly burdensome for the government to redact the entirety of the documents. Moreover, the government believes that redacting the documents would hinder the Court's consideration of the government's opposition as it would remove important context.

3. On Friday, October 27, 2023, I contacted defendant Anastassia Krezoub's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, regarding her position on the government's filing of these exhibits under seal. Ms. Laughton indicated that she does not oppose the filing of the exhibits under seal but stated that her position was that "it's not proper for the Court to consider anything outside the indictment for purposes of the motion to dismiss."

4. Should the Court deny this application, the government requests that the declaration and exhibits proposed to be filed under seal be returned to the government, without filing of the documents on the public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 30, 2023.

ANDREW M. ROACH