UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ANASTASSIA KREZOUB,<br>   aka "Sylvia Kass,"<br><br>          Defendant. | No. 8:23-CR-00042-CJC<br><br>ORDER SEALING DECLARATION OF ANDREW M. ROACH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT UNDER THE FIRST AMENDMENT [39] |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex parte application for sealed filing is GRANTED.  This document, the Declaration Of Andrew M. Roach In Support Of Opposition To Defendant's Motion To Dismiss Count One Of The Indictment Under The First Amendment and supporting exhibits, shall be filed under seal.

October 31, 2023
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's ex parte application for sealed filing is DENIED.  The underlying documents shall not be filed and they shall be returned to the government.

_____       _____
DATE                                 THE HONORABLE CORMAC J. CARNEY
                                     UNITED STATES DISTRICT JUDGE

Presented by:

       */s/*
_____
ANDREW M. ROACH
Assistant United States Attorney

2