CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
ANASTASSIA KREZOUB

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASSIA KREZOUB,<br>aka "Sylvia Kass,"<br><br>Defendant. | Case No. 8:23-cr-00042-CJC<br><br>[~~PROPOSED~~] ORDER SETTING BAIL REVIEW HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties appear on **November 8, 2023 at 11:00 a.m**. in Courtroom 590, Roybal for a bail review hearing before the Honorable Rozella A. Oliver.  Counsel for the defendant is hereby ordered to give notice to United States Pretrial Services.  United States Pretrial Services is ordered to prepare a report for the hearing.

IT IS SO ORDERED.

DATED:  November 3, 2023

*/s/ Rozella A. Oliver*
HONORABLE ROZELLA A. OLIVER
United States Magistrate Judge

1