UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANASTASSIA KREZOUB,<br>    aka "Sylvia Kass,"<br><br>    Defendant. | No. 8:23-CR-00042-CJC<br><br>ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT<br><br>**CURRENT HEARING DATE:**<br>November 27, 2023 at 9:00 a.m.<br><br>**NEW HEARING DATE:**<br>November 28, 2023 at 1:00 p.m. |

The Court has read and considered the Stipulation to Continue the Hearing on Defendant's Motion to Dismiss Count One of the Indictment, and finding that good cause, hereby orders that the hearing on defendant's motion to dismiss currently set for November 27, 2023, at 9:00 a.m., is continued to **November 28, 2023, at 1:00 p.m.**

IT IS SO ORDERED.

November 16, 2023
_____
DATE

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:
    /s/
_____
ANDREW M. ROACH
Assistant United States Attorney