# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 23-00042-CJC |
| Date | January 22, 2024 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Rolls Royce Paschal | Debbie Hino-Spaan | Andrew Roach |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anastassia Krezoub | | X | X | Terra Laughton, DFPD | | X | X |

**PROCEEDINGS:    CHANGE OF PLEA**

X   Defendant moves to change plea to the **Indictment.**   The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to **Counts 1 and 2 of the Indictment.**

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.   The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **May 20, 2024 at 10:00 a.m.** for sentencing.

X   **The Court further ORDERS position paper with respect to sentencing shall be filed not later than two (2) weeks prior to sentencing.**

X   Other: The Court vacates the pretrial conference date of May 20, 2024 and the trial date of May 28, 2024 **as to this defendant only.**

0 : 35

Initials of Deputy Clerk   rrp

**cc: USPO**