UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANASTASSIA KREZOUB,<br>　aka "Sylvia Kass,"<br><br>　　　　　Defendant. | No. 8:23-CR-00042-CJC<br><br>ORDER TO CONTINUE SENTENCING OF DEFENDANT ANASTASSIA KREZOUB<br><br>**CURRENT HEARING DATE:**<br>May 20, 2024 at 10:00 a.m.<br><br>**NEW HEARING DATE:**<br>May 20, 2024 at 2:30 p.m. |

　　　The Court has read and considered the Stipulation to Continue Sentencing of Defendant Anastassia Krezoub, and finding that good cause exists, hereby orders that defendant's sentencing is continued from May 20, 2024, at 10:00 a.m., to **May 20, 2024, at 2:30 p.m.**

　　　IT IS SO ORDERED.

January 24, 2024
_____
　　DATE

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

　　/s/
_____
ANDREW M. ROACH
Assistant United States Attorney