CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ANASTASSIA KREZOUB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASSIA KREZOUB<br><br>Defendant. | Case No. 8:23-cr-00042-CJC<br><br>**DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO FILE SENTENCING POSITION PAPER AND EXHIBITS UNDER SEAL** |

Defendant Anastassia Krezoub through her counsel of record Deputy Federal Public Defender Terra D. Castillo Laughton, hereby applies to the Court for an Order that Ms. Krezoub's Sentencing Position Paper and Exhibits, as well as any supplemental or reply filing regarding sentencing, be filed under seal. This Ex Parte Application is based on the attached memorandum of points and authorities and Declaration of Terra D. Castillo Laughton.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 6, 2024            By   */s/ Terra D. Castillo Laughton*
                                   TERRA D. CASTILLO LAUGHTON
                                   Deputy Federal Public Defender

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances, *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Accordingly, Local Rule 79-5.1 permits a party to apply for an order to seal documents.

Ms. Krezoub's Sentencing Position Paper and Exhibits contain confidential information subject to the stipulated Protective Order entered in this case on May 5, 2023. *See* ECF No. 28. Pursuant to the Protective Order, "[i]n the event that a party needs to file Confidential Information with the Court or divulge the contents of Confidential Information in court filings, the filing should be made under seal." *Id.* ¶5.n.

In addition, Ms. Krezoub anticipates that any supplemental or reply brief she submits in advance of sentencing will also include confidential information subject to the Protective Order.

Therefore, Ms. Krezoub respectfully requests that the Court grant this ex parte application to seal.

# DECLARATION OF TERRA D. CASTILLO LAUGHTON

I, Terra D. Castillo Laughton, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Anastassia Krezoub in the above-entitled action.

2. Ms. Krezoub's sentencing is scheduled for May 20, 2024. *See* ECF No. 52 (Minutes of Change of Plea). Sentencing position papers are due May 6, 2024. *Id.*

3. Ms. Krezoub's Sentencing Position Paper and Exhibits contain the names and other personal identifying information ("PII") of third parties, including the victim in this matter and other alleged victims. Ms. Krezoub is also attaching to her Sentencing Position Paper certain documents the government has produced in discovery and designated as Confidential.

4. Ms. Krezoub's filings are therefore subject to the stipulated Protective Order entered in this case, which directs that any such filing "should be made under seal." *See* ECF No. 28 ¶5.n.

5. In addition, Ms. Krezoub anticipates that any supplemental or reply brief she submits in advance of sentencing will similarly contain content subject to the Protective Order. Therefore, Ms. Krezoub also requests leave to file any such brief under seal.

6. I have discussed my intention to file this ex parte application to seal with Assistant United States Attorney Andrew Roach. Mr. Roach informed me that the government has no objection to my request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May 6, 2024

*/s/ Terra D. Castillo Laughton*
TERRA D. CASTILLO LAUGHTON
Deputy Federal Public Defender

**PROOF OF SERVICE**

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO FILE SENTENCING POSITION PAPER AND EXHIBITS UNDER SEAL** on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[X] Via email addressed as follows:

**Andrew M. Roach**
**Assistant United States Attorney**
Andrew.Roach@usdoj.gov

**Michelle Wang**
**United States Probation Officer**
Michelle_Wang@cacp.uscourts.gov

This proof of service is executed at Santa Ana, California, on May 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Veronica Do                .
**Veronica Do**

4