CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ANASTASSIA KREZOUB

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANASTASSIA KREZOUB<br><br>  Defendant. | Case No. 8:23-cr-00042-CJC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO FILE UNDER SEAL** |

FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant Anastassia Krezoub's Sentencing Position Paper and Exhibits are to be filed under seal.

In addition, any supplemental or reply brief Ms. Krezoub files in advance of sentencing that contains confidential information subject to the Protective Order in this case, ECF No. 28, shall be filed under seal.

IT IS SO ORDERED.

DATED: May___, 2024         By_____
                            HONORABLE CORMAC J. CARNEY
                            United States District Judge

Presented by:

*/S/ Terra D. Castillo Laughton*
TERRA D. CASTILLO LAUGHTON
Deputy Federal Public Defender

**PROOF OF SERVICE**

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **[Proposed] Order Granting Defendant's Ex Parte Application to File Under Seal** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] Via email addressed as follows: |
|---|---|---|---|

**Andrew M. Roach**
**Assistant United States Attorney**
Andrew.Roach@usdoj.gov

**Michelle Wang**
**United States Probation Officer**
Michelle_Wang@cacp.uscourts.gov

This proof of service is executed at Santa Ana, California, on May 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ *Veronica Do*
**Veronica Do**