TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E Mail:  terra_laughton@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone:  (714) 338-4500; Facsimile: (714) 338-4520

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:23-cr-00042-CJC |
| v. | |
| ANASTASSIA KREZOUB | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Sentencing Position Paper and Exhibits Under Seal

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 6, 2024                                                  /s/ TERRA D. CASTILLO LAUGHTON, DFPD
Date                                                         Attorney Name

                                                             Anastassia Krezoub
                                                             Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                           **NOTICE OF MANUAL FILING OR LODGING**