E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0306
     Facsimile: (213) 894-2927
     E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-CR-00042-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING (1) GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT ANASTASSIA KREZOUB AND VICTIM IMPACT STATEMENT AND (2) DECLARATION OF ANDREW M. ROACH WITH SUPPORTING EXHIBITS |
| v. | |
| ANASTASSIA KREZOUB, aka "Sylvia Kass," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Andrew M. Roach, hereby applies ex parte for an order that the following documents, (1) the Government's Sentencing Position for Defendant Anastassia Krezoub and the Victim Impact Statement and (2) the Declaration of Andrew M. Roach In Support of the Government's Sentencing Position and the Supporting Exhibits, be filed under seal.

//
//

This ex parte application is based upon the attached declaration of Andrew M. Roach.

On Friday, May 3, 2024, the government spoke with defendant's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, regarding the filing the parties' sentencing positions under seal. Both the government and the defense agreed to file their material under seal in light of the protective order, victim's privacy, and defendant's privacy.

Dated: May 6, 2024          Respectfully submitted,

                            E. MARTIN ESTRADA
                            United States Attorney

                            CAMERON L. SCHROEDER
                            Assistant United States Attorney
                            Chief, National Security Division


                              */s/ Andrew M. Roach*
                            ANDREW M. ROACH
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

**DECLARATION OF ANDREW M. ROACH**

I, Andrew M. Roach, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government requests that the Court file under seal the documents filed concurrently herewith, (1) the Government's Sentencing Position for Defendant Anastassia Krezoub and the Victim Impact Statement and (2) the Declaration of Andrew M. Roach In Support of the Government's Sentencing Position and the supporting exhibits, because the sentencing position and attached exhibits potentially reference the victim's name and other sensitive personal information of the victim and other individuals that is subject to the protective order. The government requests that these documents be filed under seal to prevent further emotional distress to the victim and others. In addition, the government also requests to file this document under seal because the attached exhibits are all subject to the protective order in this case, and it would be unduly burdensome for the government to redact the entirety of the documents.

3. On Friday, May 3, 2024, I contacted defendant Anastassia Krezoub's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, regarding the filing of the parties' sentencing positions under seal. Both sides agreed to do so in light of the protective order.

4. Should the Court deny this application, the government requests that the documents proposed to be filed under seal be

returned to the government, without filing of the documents on the public docket.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 6, 2024.

_____
ANDREW M. ROACH