UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASSIA KREZOUB<br><br>Defendant. | Case No. 8:23-cr-00042-CJC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO FILE UNDER SEAL [58]** |

FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant Anastassia Krezoub's Sentencing Position Paper and Exhibits are to be filed under seal.

In addition, any supplemental or reply brief Ms. Krezoub files in advance of sentencing that contains confidential information subject to the Protective Order in this case, ECF No. 28, shall be filed under seal.

IT IS SO ORDERED.

DATED: May 6, 2024

HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/S/ Terra D. Castillo Laughton*
TERRA D. CASTILLO LAUGHTON
Deputy Federal Public Defender