UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANASTASSIA KREZOUB,<br>  aka "Sylvia Kass,"<br><br>        Defendant. | No. 8:23-CR-00042-CJC<br><br>ORDER SEALING GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT ANASTASSIA KREZOUB AND DECLARATION OF ANDREW M. ROACH [60] |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The documents, (1) the Government's Sentencing Position for Defendant Anastassia Krezoub and the Victim Impact Statement and (2) the Declaration of Andrew M. Roach In Support of the Government's Sentencing Position and the Supporting Exhibits, shall be filed under seal.

May 7, 2024
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE