Douglas A. Axel (SBN 173814); daxel@sidley.com
Anna Tutundjian (SBN 309969); atutundjian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue, Los Angeles, CA 90071
Attorneys for Victim



F I L E D
CLERK, U.S. DISTRICT COURT
MAY 23, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:23-CR-00042-CJC |
| v. | |
| ANASTASSIA KREZOUB, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

1. Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771;
2. Exhibit A to Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771; and
3. [Proposed] Order for Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771

With service on parties by email.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| May 22, 2024 | /s/ Douglas A. Axel |
|---|---|
| Date | Attorney Name |
| | Victim |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     NOTICE OF MANUAL FILING OR LODGING