**FILED**
CLERK, U.S. DISTRICT COURT
MAY 23, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rrp___ DEPUTY

1. Douglas A. Axel (SBN 173814)
   daxel@sidley.com
2. Anna Tutundjian (SBN 309969)
   atutundjian@sidley.com
3. SIDLEY AUSTIN LLP
   350 South Grand Avenue
4. Los Angeles, CA 90071
   Telephone: (213) 896-6000
5. Facsimile: (213) 896-6600

*Attorneys for Victim*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANASTASSIA KREZOUB,<br><br>Defendant. | Case No. 8:23-CR-00042-CJC<br><br>**VICTIM'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING (1) VICTIM'S MOTION FOR AMENDED SENTENCING MEMORANDUM THAT PROTECTS HIS PRIVACY AND DIGNITY PURSUANT TO CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771; (2) SUPPORTING EXHIBIT AND (3) PROPOSED ORDER**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

4860-1708-1537

**PLEASE TAKE NOTICE** that the Victim, by and through his counsel of record, hereby applies *ex parte* for an order that the following documents be filed under seal: (1) Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771; (2) attached exhibit to the Motion; and (3) Proposed Order on the Motion, (collectively, the "Motion").

The Motion should be sealed because it references identifying and other personal sensitive person information of the Victim. Protection of the Victim's dignity and privacy – including by sealing the Motion, is required by the Crime Victims' Rights Act, which affords to crime victims the right, among other things, "to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(8). Accordingly, Victim requests that these documents be filed under seal in accordance with the CVRA, to protect his dignity and privacy.

Victim's counsel conferred by phone with AUSA Andrew Roach on May 21, 2024 and by email with Defendant's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, on May 21, 2024, regarding the filing of the Victim's Motion under seal. Mr. Roach stated that the government does not object to this sealing Application or to the filing of Victim's Motion under seal. Ms. Laughton stated that she takes no position on whether the Victim's Motion should be filed under seal.

Should the Court deny this Application, Victim requests that the Motion and this Application not be filed, but be returned to Victim, without filing of the documents on the clerk's public docket.

Dated: May 22, 2024          Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Douglas A. Axel*
Douglas A. Axel
Anna Tutundjian

*Attorneys for Victim*

# DECLARATION OF DOUGLAS A. AXEL

I, Douglas A. Axel, declare and state:

1. I am a partner at the law firm of Sidley Austin LLP, and represent the Victim in the present matter. I have personal knowledge of the matters set forth in this declaration, and if called to testify thereto, I could and would do so competently.

2. For reasons described in the Victim's sealing Application, the Victim requests that the following documents be filed under seal: (1) Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771; (2) attached exhibit to the Motion; and (3) Proposed Order on the Motion, (collectively, the "Motion").

3. I conferred by phone with AUSA Andrew Roach on May 21, 2024 and by email with Defendant's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, on May 21, 2024, regarding the filing of the Motion under seal.  Mr. Roach stated that the government does not object to this sealing Application or to the filing of Victim's Motion under seal.  Ms. Laughton stated that she takes no position on whether the Victim's Motion should be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 22nd day of May 2024, in Los Angeles, California.

By: */s/ Douglas A. Axel*
Douglas A. Axel