# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>ANASTASSIA KREZOUB,<br><br>            Defendant. | Case No. 8:23-CR-00042-CJC<br><br>**ORDER SEALING (1) VICTIM'S MOTION FOR AMENDED SENTENCING MEMORANDUM THAT PROTECTS HIS PRIVACY AND DIGNITY PURSUANT TO CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771; (2) SUPPORTING EXHIBIT AND (3) PROPOSED ORDER** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Victim's *ex parte* sealing application is GRANTED. Victim's Motion for Amended Sentencing Memorandum That Protects His Privacy and Dignity Pursuant to Crime Victim's Rights Act, 18 U.S.C. § 3771; attached exhibit to the Motion; and Proposed Order on the Motion, (collectively, the "Motion") shall be filed and maintained under seal.

Date: May 23, 2024

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS

**IN CASE OF DENIAL:**

The Victim's *ex parte* application for sealed filing is DENIED. The underlying documents shall not be filed and they shall be returned to the Victim.

Date: May __, 2024

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Douglas A. Axel*
Douglas A. Axel