1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:23-cr-00042-CJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO FILE UNDER SEAL [77]** |
| ANASTASSIA KREZOUB | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant Anastassia Krezoub's Partial Opposition to Replacing, Sealing, or Redacting the Court's Sentencing Memorandum is to be filed under seal.

IT IS SO ORDERED.

DATED:   May 23, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

*/S/ Terra D. Castillo Laughton*
TERRA D. CASTILLO LAUGHTON
Deputy Federal Public Defender