UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JOHN DOE. _____ JOHN DOE,           Petitioner, v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,           Respondent, ANASTASSIA KREZOUB, AKA Sylvia Kass and UNITED STATES OF AMERICA,           Real Parties in Interest. | No. 24-3422 D.C. No. 8:23-cr-00042 Central District of California, Los Angeles ORDER |

Before: PAEZ, NGUYEN, and HURWITZ, Circuit Judges.

Petitioner was the victim of cyberstalking and extortion committed by Real Party in Interest Anastassia Krezoub. Krezoub pleaded guilty to the charges, and the district court sentenced her to time served. The district court issued a sentencing memorandum, which Petitioner claims contains many false allegations about him. Petitioner requests that this court issue a writ of mandamus pursuant to the Crime Victim's Rights Act ("CVRA"), 18 U.S.C. § 3771(a)(8), (d)(3), ordering

the district court to remove or rewrite the sentencing memorandum, or, in the alternative, permanently seal the sentencing memorandum and limit Krezoub's access to the unredacted version. Additionally, Petitioner requests all other provisionally-sealed filings also be permanently sealed. We have jurisdiction under 28 U.S.C. § 1651(a).

At oral argument, all parties informed the court that they believe a permanent seal on the sentencing memorandum and other provisionally-sealed documents is an appropriate remedy and requested that we order such relief. We grant the request and direct the district court to permanently seal the sentencing memorandum and all other provisionally-sealed documents. Defense counsel also represented that Krezoub would only seek access to a *redacted* version of the sentencing memorandum, a request to which Petitioner and the government do not object. We leave the disposition of that request to the district court in the first instance.

**PETITION GRANTED.**