FILED

DEC 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ANASTASSIA KREZOUB, AKA Sylvia Kass,<br><br>　　　　Defendant - Appellee. | No. 24-3768<br><br>D.C. No.<br>8:23-cr-00042-CJC-1<br>Central District of California,<br>Santa Ana<br><br>ORDER |

　　　The unopposed motion (Docket Entry No. 16) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

　　　This case is dismissed.

　　　This order serves as the mandate of the court.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT