# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANASTASSIA KREZOUB,<br><br>    Defendant. | Case No. 8:23-CR-00042-CJC<br><br>**ORDER APPROVING THE PARTIES' STIPULATION FOR AN ORDER PERMANENTLY SEALING DOCUMENTS IN ACCORDANCE WITH NINTH CIRCUIT ORDER [100]** |

Upon consideration of the Parties' Stipulation for an Order Sealing Documents in Accordance with Ninth Circuit Order ("Stipulation") [Doc. # 100] and compelling reasons appearing, the Court **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** as follows:

1. In accordance with the Ninth Circuit Order [Doc. # 98], the following docket entries shall be permanently sealed: Docket Numbers 64, 65, 66, 68, 78, 82, 84, 86, 87, 88, and 95.

2. Defense counsel may provide to Defendant Anastassia Krezoub only the redacted version of the sentencing memorandum [Doc. # 88] attached to the

Stipulation as Exhibit A [Doc. # 100-1] and shall not provide to the Krezoub any other version.

**IT IS SO ORDERED.**

DATED:  December 13, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE