```
                                            F I L E D
                                       CLERK, U.S. DISTRICT COURT

                                            Dec 13, 2024

                                       CENTRAL DISTRICT OF CALIFORNIA
                                       BY: _____DD_____ DEPUTY
```

1  Douglas A. Axel (SBN 173814)
   daxel@sidley.com
2  Anna Tutundjian (SBN 309969)
   atutundjian@sidley.com
3  SIDLEY AUSTIN LLP
   350 South Grand Avenue
4  Los Angeles, CA 90071
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6  *Attorneys for Victim*

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SOUTHERN DIVISION**

11 | UNITED STATES OF AMERICA,         | Case No. 8:23-CR-00042-CJC
12 |         Plaintiff,                | **VICTIM'S UNOPPOSED *EX PARTE*
13 |         vs.                       | APPLICATION FOR ORDER
                                       | SEALING (1) STIPULATION FOR
14 | ANASTASSIA KREZOUB,               | AN ORDER PERMANENTLY
                                       | SEALING DOCUMENTS IN
15 |         Defendant.                | ACCORDANCE WITH NINTH
                                       | CIRCUIT ORDER; (2) ATTACHED
16                                     | EXHIBIT TO THE STIPULATION;
                                       | (3) PROPOSED ORDER ON THE
17                                     | STIPULATION, ALONG WITH ITS
                                       | ATTACHED EXHIBIT (ECF NO.
18                                     | 100)

19                                     | [[Proposed] Order Filed Concurrently
                                       | Herewith]

20

21

22

23

24

25

26

27

28

VICTIM'S UNOPPOSED *EX PARTE* APPLICATION TO SEAL STIPULATION AND PROPOSED
ORDER; DECLARATION OF DOUGLAS A. AXEL

1     **PLEASE TAKE NOTICE** that the Victim, by and through his counsel of
record, hereby applies *ex parte* for an order sealing ECF No. 100, specifically: (1)
Stipulation For An Order Permanently Sealing Documents In Accordance With Ninth
Circuit Order; (2) attached Exhibit A to the Stipulation; and (3) Proposed Order on the
Stipulation, along with attached exhibit (ECF No. 100) ("Stipulation and Proposed
Order").

    The Stipulation and Proposed Order should be sealed because it contains and
references the same materials that the Ninth Circuit ordered the district court to
permanently seal when granting the Victim's petition for writ of mandamus. *See*
Docket No. 98, Order, *In re: John Doe*, No. 24-3422 (9th Cir. Oct. 16, 2024)
(ordering the district to "permanently seal the sentencing memorandum and all other
provisionally-sealed documents"). The Stipulation and Proposed Order contains and
references the same materials subject to the Ninth Circuit's sealing order, and should
accordingly be sealed on that basis.

    Counsel for the government and counsel for the defendant have both stated by
email that they do not object to the relief requested, namely that the Stipulation and
Proposed Order (ECF 100) should be sealed in accordance with the Ninth Circuit's
Order.

Dated: December 6, 2024                 Respectfully submitted,

                                                     SIDLEY AUSTIN LLP

                                                     By: */s/ Douglas A. Axel*
                                                             Douglas A. Axel

                                                    *Attorneys for Victim*

**DECLARATION OF DOUGLAS A. AXEL**

I, Douglas A. Axel, declare and state:

1. I am a partner at the law firm of Sidley Austin LLP, and represent the Victim in the present matter. I have personal knowledge of the matters set forth in this declaration, and if called to testify thereto, I could and would do so competently.

2. For reasons described in the Victim's sealing Application, the Victim requests that the documents filed at ECF 100 all be filed under seal, namely the (1) Stipulation For An Order Permanently Sealing Documents In Accordance With Ninth Circuit Order; (2) attached Exhibit A to the Stipulation; and (3) Proposed Order on the Stipulation, along with attached exhibit, all of which were efiled on December 5, 2024 (ECF No. 100) ("Stipulation and Proposed Order").

3. I conferred by email with AUSA Andrew Roach and Defendant's counsel, Deputy Federal Public Defender Terra D. Castillo Laughton, on December 6, 2024, regarding the filing of the Stipulation and Proposed Order under seal. All parties stated that they do not oppose this application to seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 6th day of December 2024, in Los Angeles, California.

By: */s/ Douglas A. Axel*
    Douglas A. Axel