1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANASTASSIA KREZOUB,<br><br>　　　　　　Defendant. | Case No. 8:23-CR-00042-CJC<br><br>**ORDER GRANTING VICTIM'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING (1) STIPULATION FOR AN ORDER PERMANENTLY SEALING DOCUMENTS IN ACCORDANCE WITH NINTH CIRCUIT ORDER; (2) ATTACHED EXHIBIT A TO THE STIPULATION; AND (3) PROPOSED ORDER ON THE STIPULATION, ALONG WITH ITS ATTACHED EXHIBIT [DOC. # 102]** |

For compelling reasons shown, the Victim's unopposed *ex parte* sealing application [Doc. # 102] is **GRANTED**. The Stipulation for an Order Permanently Sealing Documents in Accordance with Ninth Circuit Order ("Stipulation"); Exhibit A to the Stipulation; and the Proposed Order on the Stipulation, along with its attached exhibit [Doc. ## 100, 100-1, and 100-2] shall be filed and maintained under seal.

**IT IS SO ORDERED.**

DATED:  December 13, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE